FILED
CLERK U.S. DISTRICT COURT

JAN 28 2015

CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAMAK HODJATI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, INC., a Connecticut Corporation; ADP TOTALSOURCE, INC., a Florida Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV13-05021 SVW (Ex)<br>*Judge: Stephen V. Wilson*<br><br>AMENDED [PROPOSED] JUDGEMENT<br><br>Bench Trial: March 4, 2014<br><br>Courtroom: 6 |

On December 29, 2014, the Honorable Stephen V. Wilson, after full consideration of all the evidence and the oral argument of the parties at trial, issued an Order Affirming Denial of Benefits and Granting Judgment in Favor of Defendants (Doc. 47 and attached as Exhibit 1 hereto) that is expressly incorporated by reference herein and made a part of this Judgment.

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that JUDGMENT IS ENTERED in favor of defendants Aetna Life Insurance Company and ADP TotalSource, Inc., and against plaintiff Siamak Hodjati. Plaintiff Siamak Hodjati shall take nothing by way of his complaint and the action is dismissed on the merits. As the prevailing party, defendants Aetna

-1-
AMENDED [PROPOSED] JUDGMENT

Life Insurance Company and ADP TotalSource, Inc. may seek costs according to statute upon filing a Proposed Bill of Costs.

Dated: 1/28/15

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Submitted By:

RONALD K. ALBERTS (SBN: 100017)
JESSICA WOLFF (SBN: 204635)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants
AETNA LIFE INSURANCE
COMPANY and ADP
TOTALSOURCE, INC.

-2-
AMENDED [PROPOSED] JUDGMENT